BIHN & McDANIEL, P.L.C.
2600 N. Central Ave, Suite 1775
Phoenix, Arizona 85004
(602) 248 9779
Martin A. Bihn (014338)
mbihn@phxlegal.com
Donna M. McDaniel (017366)
donna@phxlegal.com
*Attorneys for plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martel Delly, a single man; | **Case No. 19-cv-05735-SRB** |
| vs. | **RULE 41(a)(1)(i)** |
| Blackhawk Network Holdings, Inc., a California corporation; and Cardpool, LLC, at Texas limited liability company | **NOTICE OF VOLUNTARY DISMISSAL** |
| Defendants. | |

Plaintiff gives notice pursuant to Rule 41(a)(1) of his voluntary dismissal of his claims against defendant Blackhawk Network Holdings, Inc.

BIHN & McDANIEL, P.L.C.

/s/ Martin A. Bihn

_____
Martin A. Bihn
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and service upon CM/ECT registrants

/s/ Martin Bihn
_____